## Mazza v. Kensington Water Company et al., Appellants.

Argued March 28, 1939; reargued October 4, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, LINN, STERN and BARNES, JJ.

*James J. Burns, Jr.,* with him *Gustav M. Berg* and *Paul M. Robinson,* for appellants.

*S. C. Pugliese,* with him *Edward Friedman, Andrew S. Romito* and *Margiotti, Pugliese, Evans & Buckley,* for appellee.

PER CURIAM, December 4, 1939:
The six Judges who heard the re-argument being equally divided, the judgment* of the Superior Court is affirmed.
Judgment affirmed.

ORDER, PER CURIAM, UPON PETITION FOR REARGUMENT:
AND NOW, to wit, this 19th day of December, 1939, all of the Judges who heard this case upon consideration of it are of one mind that a reargument should be refused and the judgment of the Superior Court affirmed. The petition for reargument is therefore refused.

* Reported in 133 Pa. Superior Ct. 599.